[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11643

Non-Argument Calendar

_____

CURTIS GORHAM,

                                                    Plaintiff-Appellant,

*versus*

CIRCUIT COURT JUDGE, FOURTEENTH
JUDICIAL CIRCUIT OF FLORIDA,
GARY LAVINE,
Dr.,

                                                    Defendants-Appellees.

2                    Opinion of the Court                    25-11643

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:24-cv-00280-MW-MJF

————————————

Before JORDAN, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because it is not taken from a final or otherwise appealable order. Curtis Gorham, *pro se*, filed a notice of appeal that appears to seek review of the April 16, 2025, order extending the time for Gorham to amend his complaint and denying his motions for rehearing and for appointment of a guardian *ad litem*. That order did not dispose of any, much less all, of Gorham's claims, so it is not final. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000). Nor is it immediately appealable under the collateral-order doctrine, as it is effectively reviewable on appeal from a final judgment. *See Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 989 (11th Cir. 2022); *Holt v. Ford*, 862 F.2d 850, 851-54 (11th Cir. 1989) (*en banc*).

All pending motions are DENIED as moot.